DAVID M. STERNBERG (SBN 96107)
ROBERT A. MILLER (SBN 208616)
DAVID M. STERNBERG & ASSOCIATES
540 Lennon Lane
Walnut Creek, California 94598
Telephone:   (925) 946-1400
Facsimile:   (925) 932-6986
Email:   *dmslaw@ix.netcom.com*
Email:   *ramiller@ix.netcom.com*

Attorneys for Plaintiff
GOD'S LOVE OUTREACH MINISTRIES,
a California corporation

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOD'S LOVE OUTREACH MINISTRIES, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FOUNDATION CAPITAL RESOURCES, INC., a Georgia corporation, and DOES 1-30, inclusive,<br><br>    Defendants.<br>_____/ | Civil Action No. C 12-00185 CW<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation to Dismiss Case entered into between plaintiff GOD'S LOVE OUTREACH MINISTRIES, a California corporation, and defendant FOUNDATION CAPITAL RESOURCES, INC., a Georgia corporation, filed in the above-captioned matter and for good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The above-captioned case is hereby dismissed with prejudice; and

///

///

///

///

///

///

2. Each of the parties in this matter shall bear its own fees and costs incurred in this matter.

Approved as to form and content:

KRAFT OPICH, LLP

By: */s/ John H. McCardle*
John H. McCardle
Attorneys for Defendant
FOUNDATION CAPITAL RESOURCES, INC.
Attorneys for Defendant LBT HORIZON LLC,
a California limited liability company

Dated: 2/28/2012

THE HONORABLE CLAUDIA WILKEN
United States District Judge

2

ORDER OF DISMISSAL

C 12 00185 CW